UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KENNETH EUGENE BARON,
          Plaintiff,

                                                  Civil Action No. 04-40023-RCL

v.

UNITED STATES OF AMERICA, ET AL.,
          Defendants.

ORDER ON SCREENING PURSUANT TO SECTION 1915A

Having completed the screening on the merits of plaintiff's complaint pursuant to 28 U.S.C. § 1915A:

FINDINGS

1. The complaint is frivolous, malicious, or fails to state a claim upon which relief may be granted.

    No ☒    Yes ☐    as to defendant(s) _____

2. The complaint seeks relief from a defendant or defendants who are immune from such relief.

    No ☐    Yes ☒    as to defendant(s)
                                       the Bivens claims against all defendants.

3. Section 1997e(g)(2) provides that:

"The court may require any defendant to reply to a complaint brought under this section if it finds that the plaintiff has a reasonable opportunity to prevail on the merits."

42 U.S.C. § 1997e(g)(2).

Is the complaint sufficient to satisfy the pleading requirements for stating a cognizable claim and does the plaintiff have a reasonable opportunity to prevail on the merits against one or more defendants.

    a. Yes ☐    The Court has so determined and found as to defendant(s):
                                                _____

    b. No ☐    because the Court has determined that the complaint does not satisfy pleading requirements for stating a cognizable claim against:

        ☐ all defendants    ☐ the defendant(s)

        _____

        _____

    c. No ☐    because the Court has determined that the likelihood that plaintiff will prevail on the merits falls short of the "reasonable opportunity" standard of the statute, as to claims against:

        ☐ all defendants    ☐ the defendant(s)

        _____

        _____

    d. Cannot say

        ☒ It is not feasible for the Court to make a determination on these questions on the present record as to the FTCA claims against:

        ☒ all defendants    ☐ the defendant(s)

        _____

        _____

## ORDERS

Based upon the foregoing:

1. The Clerk shall issue summonses and the United States Marshal shall serve a copy of the complaint, summons, and this order as directed by the plaintiff with all costs of service to be advanced by the United States.

    No ☐    Yes ☒    ☒ as to all defendants

                                                      ☐ only as to defendant(s)

                                                        _____

2. The Clerk shall dismiss the Bivens claims unless, on or before the 42nd day from the date of this Order, plaintiff has filed a submission showing good cause why the Court should find that the pleading is sufficient to state a cognizable claim and that plaintiff will have a reasonable

opportunity to prevail on the merits of plaintiff's <u>Bivens</u> claims against defendant(s).

        No ☐    Yes ☒    ☒ as to all defendants
                                                           ☐ only as to defendant(s)

3.    a.    Although defendant(s) may not have been served with a summons and complaint, are the defendant(s) invited but not required to file an answer to aid the Court in reaching a prompt final disposition on the merits.

        No ☐    Yes ☐    ☐ as to all defendants
                                                            ☐ only as to defendant(s)
                                                            _____

OR

   b.    If the defendant(s) have been served with a summons and complaint, are the defendant(s) required to reply within the time specified in the summons.

        No ☐    Yes ☒    ☒ as to all defendants
                                                            ☐ only as to defendant(s)
                                                            _____

 3/1/04                          s/ Reginald C. Lindsay
DATE                          UNITED STATES DISTRICT JUDGE