UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 JUN 16 P 4: 15

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| KENNETH EUGENE BARRON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 04CV40023RCL |

## OPPOSITION OF THE UNITED STATES TO PLAINTIFF'S PARTIAL MOTION FOR SUMMARY JUDGMENT
### and
## THE UNITED STATES' CROSS MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. P. 56(c)

The defendant, United States of America, hereby opposes Plaintiff's partial motion for summary judgment, and cross moves for summary judgment, pursuant to Fed. R. Civ. P. 56(c).

Respectfully submitted,

Defendant, United States of America,
By its attorney,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Gina Walcott-Torres
Gina Y. Walcott-Torres
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3369

Dated: June 16, 2004

**CERTIFICATE OF SERVICE**

This is to certify that I have this 16th day of June 2004, served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

Kenneth Eugene Barron (Prison #30255-037), *pro se*, FMC Devens, P.O. Box 879, Ayer, MA 01432

/s/ Gina Walcott-Torres
Gina Y. Walcott-Torres
Assistant United States Attorney

**REQUEST FOR WAIVER OF LOCAL RULE 7.1(A)(2) CERTIFICATION**

The undersigned counsel hereby requests a waiver of the requirements of Local Rule 7.1(A)(2). As reasons therefore, she asserts that the plaintiff, who is acting *pro se*, is incarcerated at the Federal Medical Center in Devens, Massachusetts.

/s/ Gina Walcott-Torres
Gina Y. Walcott-Torres
Assistant United States Attorney


**BROWN
RUDNICK
BERLACK
ISRAELS** LLP

ELIZABETH A. RITVO
COUNSELLOR-AT-LAW

Direct Line (617)856-8249
E-Mail ERITVO@BRFG.COM

June 16, 2004

FILED
IN CLERKS OFFICE

2004 JUN 16  P 1: 38

U.S. DISTRICT COURT
DISTRICT OF MASS.

BY HAND

Lisa Hourihan, Clerk
United States District Court
for the District of Massachusetts
Suite 2300
1 Courthouse Way
Boston, MA  02210

Re:   Mark Adams, Sr. and Mark Adams, Jr., PPA Heather Adams
Vs.   Fox Sports Networks and FoxSports.Com
      Civil Action No. 01-10523-RCL

Dear Ms. Hourihan:

Judge Lindsay's order of June 15, 2002 indicated that you would be scheduling a hearing on the defendants' Motion for a New Trial. I wanted to let you know that I will be away from July 1 through July 23, 2004. I would hope that the Court could consider this when setting a date for the hearing.

Thank you.

Very truly yours,

**BROWN RUDNICK BERLACK ISRAELS**
LLP

By: *Elizabeth R. Ritvo*
Elizabeth A. Ritvo

ER/ff
cc:  John E. Sutherland, Esq.

#1283055 v\1 - ritvoea - $0f01!.doc - 21278/1

One Financial Center
Boston, Massachusetts 02111
617.856.8200
fax 617.856.8201
www.brownrudnick.com

Dublin | Hartford | London | New York | Providence