KENNETH EUGENE BARRON
PRISON NUMBER 30255-037
F.M.C. DEVENS PRISON
P.O. BOX 879,AYER MA.01432

<u>PROSE PLAINTIFF</u>

CIVIL ACTION

DOCKET
04CV 40023
RCL
( R<L )

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

=========================================================================

KENNE EUGENE BARRON
     PROSE PLAINTIFF
       VS.
UNITED STATES OF AMERICA
     DEFENDANT

MOTION BY THE PROSE PLAINTIFF FOR AN ENLARGEMENT OF TIME TO JULY 21,2004
ALLOWING THE PLAINTIFFS OPPOSITION TO THE DEFENDANTS MOTION FOR SUMMARY=
JUDGMENT AND RESPONSE IN THE PLAINTIFFS PARTIAL MOTION FOR SUMMARY JUD=
GMENT.

RESPECTFULLY SUBMITTED,
BY_____
KENNE EUGENE BARRON
PROSE PLAINTIFF

DATED

PROOF OF SERVICE
==================

KENNETH EUGENE BARRON PROSE PLAINTIFF DECLARES AND AFFIRMS UNDER
THE PENALTY OF PERJURY I MAILED THE ENCLASED MOTION FOR AN ENLA=
RGEMENT OF TIME TO JULY 21,2004 IN THE TWO PENDING MOTION TO THE
DEFENDANTS COUNSEL SET FORTH BELOW BY F.M.C. DEVENS PRISON LEGAL
MAIL SYSTEM ON THE DATE SET FORTH BELOW.


            :DEFENDANTS COUSEL

            U.S.ATTORNEY

            MICHAEL J. SULLIVAN

      A.U. SABINA Y WALCOTT TORRES

      ONE COURT HOUSE WAY SUITE 9700

      BOSTON MA. 02210


DATED

JUNE 23,2004                    BY    Kenneth Bin

                                KENNETH EUGENE BARRON
                                30255-037

                                F.M.C. DEVENS PRISON

                                P.O. BOX 879

                                AYER,MA. 01432


                        PROSE PLAINTIFF
                        =======================

RE: BARRON =V= UNITED STATE OF AMERICA

     DOCKED 04cv 40023 RCL