Kenneth Eugene Barron
Prison Number #30255037
FMC Devens Prison
Ayers MA 01432

FILED
CLERKS OFFICE

Prose Plaintiff

2004 JUL 21 A 12:75

U.S. DISTRICT COURT
DISTRICT OF MASS

United States District Court
District OF Massachusetts

| | |
|---|---|
| Kenneth Eugene Barron<br>Prose Plaintiff<br><br>US<br>United States OF America<br>Defendants | Civil Action<br>Docket NO: 04UC 400 23 RCL |

Motion By the Prose Plaintiff for leave to the court for an order to Consolidate the Plaintiffs pending two motions with his oppsition to the pending motion For Summary Judgement By the defendants as the issues in all the pending motions Are related.

Respectfully Submitted
By: Kenneth E Barron
Kenneth E Barron
Prose Plaintiff