## PROOF OF SERVICE
## THE DEFENDANT

Kenneth Eugene Barron Prose Plaintiff declares and affirms under the penalty of perjury, that he mailed his attached motion for consolidation to the defendants counsel set forth below by the F.M.C Devens Prison legal mail system on July 19, 2004

FILED
CLERKS OFFICE
2004 JUL 21 P 12:15
DISTRICT COURT
DISTRICT OF MASS

### Mailed To:
Defendants Counsel
United States Attorney
Michael J Sullivan
A. USA Ginay Walcottorres
One Court House Way
Suit 9200
Boston MA 02210

Date July 19, 2004

By: Kenneth Eugene Barron
Kenneth Eugene Barron
Number #30255037
F MC Devens Prison
Po Box 879
Ayer MA, 01432

In Re: Barron .v. United States
Docket 04CU 400 23 RCL