Kenneth Eugene Barron
Prison # 30255-037
F.M.C. Devens Prison
PO Box 879
Ayer, MA 01432

Pro Se Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KENNETH EUGENE BARRON    :    CIVIL ACTION
   Pro Se Plaintiff    :
        VS.    :    Docket # 04 CV 40023 (RCL)
UNITED STATES OF AMERICA    :    Judge Reginald Lindsay
   Defendant    :

MOTION BY THE PRO SE PLAINTIFF FOR
LEAVE OF THIS COURT TO ALLOW THE PLAINTIFF
TO FILE HIS AUGUST 7, 2004 ATTACHED
RESPONSE TO THE DEFENDANTS OPPOSITION TO
THE PLAINTIFFS MOTION FOR DISCOVERY ON HIS
DOCTORS. ON AUGUST 11, 2004 THE CLERK ORDERED
THE PLAINTIFF TO FILE THE ~~INSTA FOR LEAVE.~~ INSTANT MOTION FOR LEAVE

Respectfully Submitted,

DATED:
August 18, 2004

BY _/s/ Kenneth E Barron_
   Kenneth Eugene Barron
   Plaintiff