3-20-2005

Kenneth E Barron 30355257
PO Box 879
Ayers MA 01432

CASE NAME:
BARRON V. United States

CASE NUMBER:
4:04-CV 40023

SCANNED DATE 3/30/05 M.P.

Dear Clerk,

I am writing you in concern of the status of my case, could you please let me know if there has been any changes. Thanks in advance for you help.

Yours Truly
Kenneth E Barron