OFFICE

15 P 1:07

COURT