Kenneth E. Barron #30255-038
PO Box 879
Ayers MA 01432

Civil No.
04-40023 RCL

Date 4-24-2005

\*Motion For Counsel\*

Comes now, the plaintiff Kenneth E. Barron: asks this Honorable court to appoint him counsel for the hearing on May 11, 2005. (Case No 04-40023 RCL.) So the plaintiff will have a better understanding of what is going on, sine plaintiff is Fighting for his life.

Your's Truly
Kenneth C Barron

P.SS
Copies
United States Attorney
Plantiff File.

Please stamp cand send copie back saying you got it