UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KENNETH EUGENE BARRON,  )<br>)<br>Plaintiff,  )<br>v.  )<br>)<br>UNITED STATES OF AMERICA,  )<br>)<br>Defendant.  )<br>) | Civil Action No. 04CV40023RCL |

## DEFENDANT'S STATUS REPORT TO THE COURT

Now comes the defendant, United States of America, ("United States"), and hereby provides the <u>attached</u> Declaration of Sandra Howard, M.D. ("Declaration") in accordance with the Court's order, dated June 8, 2005, for a medical status report relative to the plaintiff in this matter.

Respectfully submitted,

Defendant, United States of America,
By its attorney,

MICHAEL J. SULLIVAN
United States Attorney

Date: September 6, 2005     By:   /s/ Gina Y. Walcott-Torres
Gina Y. Walcott-Torres
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100

**CERTIFICATE OF SERVICE**

This is to certify that I have this 6th day of September, 2005, served upon Kenneth Eugene Barron (Prison #30255-037), *pro se*, FMC Devens, P.O. Box 879, Ayer, MA 01432, a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery.

/s/ Gina Y. Walcott-Torres

Gina Y. Walcott-Torres, Assistant United States Attorney

1