Kenneth C. Baker
Reg.# 302-55037
FMC Devens
PO Box 879
Ayers MA. 01432

October 11, 2005

The Honorable Judge Reginald C. Lindsay
United States District Court
District of Massachusetts

Re: Case No. 4:04-CV-40023

Dear Your Honor:

First of All, Allow me to thank you personally Your Honor, For All your Kindness And intercessions on my behalf. Without your help I would be just Another Inmate here waiting to die, with no hope of ever getting the Kidney Transplant that I deserve, that would extend and help me lead a normal healthy life. Thank you.

According to your order of 10/4/2005, I am Attempting to give you An update And a status report with respect to my health as you requested. Please be Advised your Honor, that although you have received the Government's Status report on my health, dated September 01, 2005, I have not. So Any statement I make to you is really not complete, because I have no idea what the Government is saying, or whether their status report is true And Accurate. I have tried to get A copy of that report, And have been unable to. I would greatly appreciate it, if Your Honor would send me a copy of that Status report.

As of today Your Honor, October 11, 2005, I believe my health is stable. I have been to the hospital, And I have seen my transplant team. Because my viral load for Hepatitis C, in my Blood is so high, I was told, And then put on Interferon, to reduce the load. I have thus far taken Seven (7) of the

forty-eight (48) treatments that have been ordered. I have been told that I must complete this regimen, before I can receive my kidney transplant.

Without your help Your Honor, I don't believe that anything would have ever been done for me. I am attaching an Inmate Request To Staff Form, (A copy) A form referred to throughout The BOP, as a "COP OUT", which I submitted to my Physician Panel on November 6, 2003, of which copies were also sent to Dr. S. Howard, who is the Clinical Director, & Dr. Betences, who was at that time, the Director of Infectious Disease Control; which states the elevated Viral load for Hepatitis C. in my blood, and my desire to commence treatment immediately. My urgent request for Hepatitis C treatment was totally ignored! So as Your Honor can see, I have been trying to get help since 2003, and I have been ignored. And the only reason I am now getting the treatments, is because Your Honor is personally involved. Thank you.

Thus far, my sister has completed Eighty Five percent, (85%) of all the tests required of her to determine compatibility, and all is going well. I am not scheduled to see my transplant team again until July of 2006, when I will have completed all of my Interferon treatments.

I beg Your Honor to please stay involved, and active in my case, As I believe, that without Your Honor's involvement and concern, my treatment would immediately cease, and I would have no chance of ever receiving my transplant. Thank you.

Sincerely yours,

Kenneth Baum
30355037

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                                         FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) PANEL PHYSICIAN | DATE: NOVEMBER 6, 2003 |
|---|---|
| FROM: KENNETH BARRON | REGISTER NO.: 30255-037 |
| WORK ASSIGNMENT: MEDICALLY UNASSIGNED | UNIT: J-B |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)
********** URGENT REQUEST FOR HEPATITIS C TREATMENT ****************

I HAVE BEEN TESTED ON JULY 29, 2003 FOR MY VIRAL LOAD AS TO HEPATITIS C PRESENCE IN MY BLOOD. THE LOAD PATIENT REPORT SHOWED ME AT "[GREATER THAN] 500,000". THE NORMAL LOAD RANGE SHOULD BE [LESS THAN] 600 I.U./ML." ACCORDING TO THE LABORATORY TEST REPORT SHEET. I HAD A LIVER BIOPSY ONLY ABOUT FOUR (4) MONTHS AGO. I AM GOOD FOR COMMENCING HEPATITIS C TREATMENT WITHOUT FURTHER DELAY. I WANT TO BE STARTED ON "PEGYLATED INTERFERON [THE LONGER LASTING FORM] AND THE DRUG "RIBAVARIN". STUDIES HAVE SHOWN THAT THE COMBINATION OF THE TWO DRUGS CAN ELIMINATE HEPATITIS C VIRUS LOAD COMPLETELY IN MORE THAN 80% OF TEST SUBJECTS. I WANT TO START TREATMENT IMMEDIATELY WHILE MY LIVER BIOOPSY IS FRESH, AND BEFORE MY VIRAL LOAD INCREASES TO THE POINT WHERE IT WOULD BECOME HARDER TO TREAT ME AND COMPLETELY ERRADICATE THE DISEASE. PLEASE RESPOND IN WRITING. THANK YOU.

(Do not write below this line)

CC: DR. S. HOWARD, CLINICAL DIRECTOR & DR. BETENCES, INFECTION DISEASE CONTROL
DISPOSITION:

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94