UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KENNETH EUGENE BARRON,        )<br>                              )<br>     Plaintiff,              )<br>                              )<br>v.                            )<br>                              )<br>UNITED STATES OF AMERICA,     )<br>                              )<br>     Defendant.              )<br>                              ) | Civil Action No. 04CV40023RCL |

## DEFENDANT'S STATUS REPORT TO THE COURT

Now comes the defendant, United States of America, ("United States"), and hereby provides the <u>attached</u> Declaration of Sandra Howard, M.D. ("Declaration") in accordance with the Court's order, dated June 8, 2005, for a medical status report relative to the plaintiff in this matter.

                                           Respectfully submitted,

                                           Defendant, United States of America,
                                           By its attorney,

                                           MICHAEL J. SULLIVAN
                                           United States Attorney

Date: November 1, 2005        /s/ Gina Y. Walcott-Torres
                          By:   Gina Y. Walcott-Torres
                                   Assistant U.S. Attorney
                                   John Joseph Moakley U.S. Courthouse
                                   1 Courthouse Way, Suite 9200
                                   Boston, MA 02210
                                   (617) 748-3100

**CERTIFICATE OF SERVICE**

    This is to certify that I have this 1st day of November, 2005, served upon Kenneth Eugene Barron (Prison #30255-037), *pro se*, FMC Devens, P.O. Box 879, Ayer, MA 01432, a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery.

                                                  /s/ Gina Y. Walcott-Torres
                                                Gina Y. Walcott-Torres, Assistant United States Attorney