UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KENNETH EUGENE BARRON,<br>　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>　　　Defendants. | )<br>)<br>)<br>)<br>) Case No. 04-CV-40023<br>)<br>)<br>)<br>) |

### DECLARATION OF SANDRA L. HOWARD, M.D.

I, SANDRA L. HOWARD, hereby declare and state as follows:

1. I am employed by the United States Department of Justice, Federal Bureau of Prisons as the Clinical Director, at the Federal Medical Center (FMC), Devens, Massachusetts. I have been employed in this position since February 25, 2001. I have been employed with the Federal Bureau of Prisons since January 22, 1995.

2. This declaration is being provided as an update on inmate Barron's medical condition since my declaration dated September 1, 2005 that was provided to the Court regarding the above captioned case.

3. On September 30, 2005, inmate Barron was seen in the Renal Transplant Clinic at the UMass Memorial Medical Center. On this date, they ordered further testing to evaluate his medical status prior to renal transplant. They ordered a Persantine Thallium cardiac exam, a glucose tolerance test. These tests are in the process of being scheduled. They also recommended inmate Barron to have a follow up for potential living transplant in eleven (11) months. He is to continue his interferon therapy during this period.

4. Inmate Barron has expressed to me that he is tolerating the interferon very well and has not had any side effects from the interferon therapy. He is continuing to be followed by the Nephrologist, Infectious Disease Specialist, Transplant Gastroenterologist, and the Transplant Clinic Team. He is also continuing to receive hemodialysis three times a week. The transplant team wants the interferon treatment continued for 11 months prior

to transplant in efforts to eradicate the Hepatitis C because it is now recently known that the immunosupression medication is not compatible with the interferon.

5. Periodically, inmate Barron will undergo blood testing to monitor the Hepatitis C virus response to the interferon therapy. After eleven (11) months of interferon therapy, the Transplant Gastroenterology Specialist will determine if he has received adequate therapy or whether there is a need for continuation of therapy.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge.

Executed this 20th day of October, 2005.

_____
Sandra L. Howard, M.D.
Clinical Director
Federal Medical Center
Devens, Massachusetts