UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**KENNETH EUGENE BARRON**

**V.**                                       CIVIL ACTION NO. **04-40023-RCL**

**UNITED STATES**

## PROCEDURAL ORDER OF DISMISSAL

LINDSAY, D.J.

In order to avoid the necessity for counsel to appear at periodic status conferences and so that the court may efficiently manage its docket, the court orders that the above-entitled action be, and it hereby is, dismissed without prejudice in accordance with the Court's Order dated February 13, 2007. The action shall be restored to the docket upon motion of any party, within one year from the date of this order,(which motion shall make specific reference to this order) if it appears from the motion that further proceedings in this court are required .

The termination of this action by this order also will terminate any pending motions. For that reason, any party seeking the resolution of any motion pending at the time of the closing of the action shall file re-file and serve the motion (hereinafter the "renewed motion"), together with any papers necessary for the disposition of the renewed motion (which papers may be the papers filed with the original motion) in accordance with the rules of this court. Any opposition to the renewed motion shall be filed and served in accordance with the rules of this court.

SO ORDERED.

/s/ Reginald C. Lindsay  
United States District Judge

March 1, 2007